In the Matter of the Claim of KATE CLARK against E. F. HAYES et al., Respondents.

THE STATE INDUSTRIAL BOARD, Appellant.

*Workmen's compensation — when additional award for facial disfigurement improper.*

*Clark* v. *Hayes*, 207 App. Div. 560, affirmed.

(Argued April 1, 1924; decided April 15, 1924.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 9, 1924, modifying and affirming as modified an award of the state industrial board made under the Workmen's Compensation Law. The claimant, an unmarried woman fifty-two years of age, was employed as a cook and was injured in an automobile accident on October 5, 1920, while being transported from the country place to the city home of her employers. The injuries were such as to result in the total loss of the vision of both eyes and a scar upon her forehead. It is conceded that the claimant will never be able to work again. An award at the rate of $20 per week for life was made for this permanent total disability. An additional award of $400 was made on account of serious facial and head disfigurement, which allowance was struck out by the Appellate Division. The only question raised by this appeal relates to this additional allowance for serious facial and head disfigurement, it being the contention of the respondents that such an allowance may only be made in a case of partial disability but not in a case of permanent total disability.

*Carl Sherman, Attorney-General (E. C. Aiken* of counsel), for appellant.

*William A. Earl* for respondents.

Order affirmed, with costs against state industrial board; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.